UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>Binance.com Account held by User ID 450411044 in the name of حسن جمال ابراهيم سالم,<br><br>*Defendant*.<br><br>[CLAIMANT: حسن جمال ابراهيم سالم][1] | No.<br><br><br><br><br><br><br><br><br><br>April 28, 2025 |

**VERIFIED COMPLAINT OF FORFEITURE**

Now comes Plaintiff, United States of America, by and through its attorneys, Marc H. Silverman, Acting United States Attorney for the District of Connecticut, and David C. Nelson, Assistant United States Attorney, and respectfully states that:

1. This is a civil *in rem* action brought to enforce the provisions of 18 U.S.C. §§ 1343 and 1956.

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 & 1355. Venue is appropriate in the District of Connecticut by virtue of 28 U.S.C. § 1395(b).

3. The Defendant is Binance.com Account held by User ID 450411044 in the name of حسن جمال ابراهيم سالم. ("Defendant Asset").

4. The Defendant Asset is located within the jurisdiction of this Court.

---

[1] The English version of this Arabic name appears to be Hassan Gamal Ibrahim Salem, according to web based translation tools.

1

**Background of Investigation**

5. Victim "JH" of Easton, Connecticut, had a cryptocurrency wallet. On the night of March 1, 2025, he checked this wallet and there were no issues.

6. On March 2, 2025, JH checked his crypto wallet and saw that at some point during the night, there were two unauthorized transactions leaving his wallet to an unknown destination, which amounted to approximately $65,000 of loss.

7. On March 5, 2025, JH informed the USSS and Connecticut State Police ("CSP").

8. The first unauthorized transaction was 161,979.91 Hedera ("HBAR") worth approximately $52,000 which was sent from JH's wallet address 0.0.5700715, to a suspect's wallet. The second unauthorized transactions was for 45,138,891.64 of BankSocial ("BSL") worth approximately $13,000 which was sent from the same wallet address to a suspect's wallet.

9. JH's wallet is a BSL wallet and JH was logged out of the application when the transactions took place. Law enforcement believes that JH's wallet was compromised through a computer intrusion.

10. Based on blockchain analysis performed by law enforcement, these funds traveled through numerous pass-through wallets, with shared pass-through wallets.

11. The purpose of these pass-through wallets is obfuscating the source of funds and impeding law enforcement investigations and action, such as freezing and seizing funds. This is accomplished through a series of transfers to non-exchange unhosted wallets, or private wallets, before ultimately reaching a hosted service, such as an exchange like Binance.com, presumably to withdraw the funds.

12. During these transfers, JH's HBAR cryptocurrency and BSL cryptocurrency was converted from HBAR and BSL to Tether ("USDT").

13. The stolen cryptocurrency funds, now in the form of USDT, entered account #450411044 and were quickly transferred to account #1049741456 through Binance Pay transactions. The funds were then further layered through Binance's Flexible Simple Earn product and withdrawn to external blockchain addresses.

14. The coordinated, rapid movement of funds across multiple accounts and services, followed by withdrawals to external addresses, is consistent with sophisticated money laundering techniques designed to obscure the trail of stolen assets.

15. The funds began moving between accounts within minutes of receiving the stolen cryptocurrency, suggesting advance planning.

16. The funds from the transactions moved through several other pass-through wallets associated with the international cryptocurrency exchange Binance.com.

17. On or about March 5, 2025, law enforcement obtained account documentation, including transaction records and account registration for an account held in the name of حسن جمال ابراهيم سالم (the Defendant Asset).

18. Based on law enforcement's investigation, the Defendant Asset has been engaged in suspicious trading activity and transactions that are consistent with Money Laundering from May of 2024 through the present.

19. The Defendant Asset contained both proceeds from the wire fraud and it was involved in the money laundering of the proceeds from the wire fraud involved in this scheme.

## CONCLUSION

Based on the above information, it is believed that Binance.com Account held by User ID 450411044 in the name of حسن جمال ابراهيم سالم constitutes the proceeds of wire fraud in

violation of 18 U.S.C. § 1343 and was involved in money laundering in violation of 18 U.S.C. § 1956.

Wherefore, the United States of America prays that a Warrant of Arrest In Rem be issued for the Defendant Asset; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the property to be condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

The United States requests trial by jury.

MARC H. SILVERMAN,
ACTING UNITED STATES ATTORNEY

By:  /S/ David C. Nelson
David C. Nelson (ct25640)
Assistant U.S. Attorney
157 Church Street, 24th Floor
New Haven, Connecticut 06510
Tel:   (203) 821-3700
Fax:   (203) 773-5373
David.C.Nelson@usdoj.gov

**DECLARATION**

I am a Special Agent with the United States Secret Service, and the individual assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28th day of April, 2025.


        /s/ Troy Foster
        TROY FOSTER
        SPECIAL AGENT, USSS